COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Mary Nebo Gibson v. EKTO Holdings, Trustee of 17330 Baronshire Trust UDT 6/25/13

Appellate case number:    01-14-00380-CV

Trial court case number:  1045664

Trial court:              County Civil Court at Law No. 3 of Harris County

Date motion filed:        October 16, 2014

Party filing motion:      Appellant


Appellant, Mary Nebo Gibson, has filed a "Motion for Rehearing and to Reinstate Case on Docket." We **deny** the motion.

It is so ORDERED.


Judge's signature:  /s/ Terry Jennings
                    Acting for the Court
                    Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Date:  September 29, 2015